UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOAO CONTROL & MONITORING SYSTEMS, LLC,<br><br>                 Plaintiff,<br><br>                 -v-<br><br>DIGITAL PLAYGROUND, INC. and MANWIN D.P. CORP.,<br><br>               Defendants. | Case No. 12 Civ. 6781 (RJS)<br><br>**DEFENDANT MANWIN D.P. CORP.'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Manwin D.P. Corp., a private non-governmental party, makes the following disclosures: Manwin D.P. Corp. is a wholly owned subsidiary of Manwin Holdings Corp. USA, a Delaware corporation. No publicly traded company owns 10% or more of Manwin D.P. Corp.'s stock.

DATED: February 25, 2013                MITCHELL SILBERBERG & KNUPP LLP

                                                   By: /s/ Jane G. Stevens
                                                        Jane G. Stevens
                                                        jgs@msk.com
                                                        12 East 49th Street, 30th Floor
                                                        New York, New York 10017-1028
                                                        Telephone: (212) 509-3900
                                                        Facsimile: (212) 509-7239

                                                        Attorneys for Defendant
                                                        Manwin D.P. Corp.