UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOAO CONTROL & MONITORING SYSTEMS, LLC,<br><br>                  Plaintiff,<br><br>             -v-<br><br>DIGITAL PLAYGROUND, INC. and MANWIN D.P. CORP.,<br><br>                  Defendants. | Case No. 12 Civ. 6781 (RJS)<br><br>**RULE 7.1 STATEMENT OF MINDGEEK S.AR.L. (F/K/A "MANWIN HOLDING S.AR.L."), MANWIN BILLING MU LTD., MANWIN BILLING US CORP., MANWIN BILLING IRELAND, LTD., JOHNSBURG LTD., LICENSING IP INTERNATIONAL S.AR.L. (F/K/A "MANWIN LICENSING INTERNATIONAL S.AR.L."), 9219-1568 QUEBEC INC. (D/B/A "MANWIN CANADA"), AND MANWIN BILLING CY LTD**. |

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Mindgeek S.ar.l. (f/k/a "Manwin Holding S.ar.l."), Manwin Billing MU Ltd., Manwin Billing US Corp. (f/k/a "Ahava Incorporated"), Manwin Billing Ireland, Ltd., Johnsburg Ltd., Licensing IP International S.ar.l. (f/k/a "Manwin Licensing International S.ar.l."), 9219-1568 Quebec Inc. (d/b/a "Manwin Canada"), and Manwin Billing CY Ltd. (collectively herein, the "Manwin Defendants") (all private non-governmental parties) certifies that there are no corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

DATED:  December 10, 2013                    MITCHELL SILBERBERG & KNUPP LLP


                     By:  /s/ Jane G. Stevens
                          Jane G. Stevens
                          jgs@msk.com
                          12 East 49th Street, 30th Floor
                          New York, New York 10017-1028
                          Telephone: (212) 509-3900
                          Facsimile: (212) 509-7239

                          - and -

                          MICHAEL BEST & FRIEDRICH LLP
                          Arthur Gollwitzer III
                          (agollwitzer@michaelbest.com)
                          Two Prudential Plaza
                          180 North Stetson Avenue, Suite 2000
                          Chicago, Illinois 60601
                          Telephone: (312) 596-5847
                          Facsimile: (312) 222-0818

                          *Attorneys for the Manwin Defendants*