
**HENINGER GARRISON DAVIS, LLC**

5 Penn Plaza, 23rd Floor                                                                                         Maureen V. Abbey
New York, New York 10001                                                                             Direct Dial: (212) 896-3876
www.hgdlawfirm.com                                                                             E-mail: maureen@hgdlawfirm.com

January 29, 2014

**VIA E-Mail - sullivannysdchambers@nysd.uscourts.gov**

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007

        Re:    *Joao Control & Monitoring Systems, LLC v. Manwin / Digital Playground*;
              Case no. 12-cv-6781*; related to*
              *Joao Control & Monitoring Systems, LLC v. City of Yonkers, et al.*
              Case no. 12-cv-7734-RJS

Dear Judge Sullivan:

      We are writing on behalf of all Parties in the above-referenced actions, consolidated for pre-trial purposes.

      By order dated December 20, 2013, Your Honor entered the Case Management Plan and Scheduling Order.  Pursuant to that order, all Parties were to submit a Proposed Protective Order to the Court by January 21, 2014.  The Parties requested an extension of one week on January 21, 2014 to see if full agreement could be reached, and this request was granted.  Agreement has been reached by the Parties on all areas with the exception of one section in paragraph 16 of the Proposed Protective Order.  A copy of the Proposed Protective Order with the competing provisions has been attached for your review.

      The Parties respectfully request judicial intervention to settle this remaining matter after the submission of short letters detailing the Parties' respective arguments regarding the remaining dispute, which will be submitted by Friday, January 31, 2014.  Plaintiff and Defendants in both of the above-referenced actions have consented to and agreed to this course of action to resolve the dispute.

The Honorable Richard J. Sullivan
United States District Judge
January 29, 2014
Page 2

    Due to inclement weather in Atlanta, we encountered difficulty getting the document submitted to Your Honor, and respectfully request the additional time to today for this submission.

                                     Sincerely,

                                     **Heninger Garrison Davis, LLC**

                                     Sincerely,

                                     */s/ Maureen V. Abbey*
                                     Maureen V. Abbey, Esq.

c: Counsel of record (via e-mail)