**HENINGER GARRISON DAVIS, LLC**

| DARA T. JEFFRIES<br>ATTORNEY | 3621 VININGS SLOPE<br>VININGS MAIN, SUITE 4320<br>ATLANTA, GEORGIA 30339 | TELEPHONE: (404) 996-0867<br>WEBSITE: WWW.HGDLAWFIRM.COM<br><br>EMAIL: DJEFFRIES@HGDLAWFIRM.COM |

April 17, 2014

**VIA E-Mail - sullivannysdchambers@nysd.uscourts.gov**
Honorable Richard J. Sullivan
United States District Court for the
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007

   Re: *Joao Control & Monitoring Systems, LLC v. Digital Playground, Inc., et al.*;
      Case no. 12-cv-6781

Dear Judge Sullivan:

  We represent Joao Control & Monitoring Systems, LLC, Plaintiff in the above-referenced action. After conference with counsel for the Manwin Defendants[1] and satisfaction of Plaintiff's concerns regarding protection of its confidential information, Plaintiff respectfully withdraws its request to file a motion to enforce the protective order.

           Sincerely,
           **Heninger Garrison Davis, LLC**

           */s/ Dara T. Jeffries*

           Dara T. Jeffries, Esq.

---

[1] The Manwin Defendants comprising Manwin D.P. Corp., Mindgeek S.ar.l. (f/k/a "Manwin Holding S.ar.l."), Manwin Billing MU Ltd., Manwin Billing US Corp. (f/k/a "Ahava Incorporated"), Manwin Billing Ireland, Ltd., Johnsburg Ltd., Licensing IP International S.ar.l. (f/k/a "Manwin Licensing International S.ar.l."), 9219-1568 Quebec Inc. (formerly d/b/a "Manwin Canada" and n/k/a "Mindgeek"), and Manwin Billing CY Ltd.