UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-2-14
```

JOAO CONTROL & MONITORING
SYSTEMS, LLC,

                    Plaintiff,

-v-

DIGITAL PLAYGROUND, INC., *et al.*,

                    Defendants.

No. 12-cv-6781 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

     The Court is in receipt of a letter from the parties, dated September 30, 2014, informing the Court of a dispute as to the location of a deposition of the Manwin Defendants pursuant to Federal Rule of Civil Procedure 30(b)(6). (Doc. No. 91.) Having reviewed the parties' joint letter, the Court finds that Plaintiff has not overcome the presumption that depositions of a corporation shall take place at the corporation's principal place of business. Accordingly, IT IS HEREBY ORDERED THAT the parties shall conduct the Rule 30(b)(6) deposition of the Manwin Defendants in Montreal, Quebec.

SO ORDERED.

Dated:       October 1, 2014
              New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE